# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CASSONDRA SUZETH KING, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-cv-03312-SRC |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant(s). | ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that petitioner Cassondra Suzeth King's Motion for Appointment of Plaintiff ad Litem [Doc. 2] is GRANTED.

**IT IS FURTHER ORDERED** that Susan Christine Mullen is hereby appointed as plaintiff *ad litem* for the purpose of filing this lawsuit, and without prejudice to the rights of others to seek plaintiff *ad litem* status.

So Ordered this 30th day of December, 2019.

*SL R. CL*

**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**

1